DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IVAN MALDONADO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1691

[August 17, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St Lucie County; James W. McCann, Judge; L.T. Case No. 562011CF002677A.

Ivan Maldonado, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***